**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

|  |  |
|---|---|
| Benjamin D. Negron, | CHAPTER 13 |
|  | CASE NO. 19-42608-PJS |
| DEBTOR. | JUDGE PHILLIP J. SHEFFERLY |

_____/

### TRUSTEE'S REPORT OF UNDISCLOSED ASSET(S)

Pursuant to E.D. Mich. LBR 2015-1, the Trustee hereby states that the Trustee discovered the following assets after the debtor testified at the First Meeting of Creditors that the schedules are accurate:

Retirement account with a $300.00 value

This report is for informational purposes only. No response is permitted.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: April 17, 2019       By: __/s/ Lisa K. Mullen___
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee, David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755